DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*January Term 2014*

**LORENA VARGAS HERRERA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-4723

[July 2, 2014]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502010CF008981A.

Robert Sauerheber of Robert Sauerheber, P.A., Orlando, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

### *On Concession of Error*

PER CURIAM.

The State concedes that appellant's amended postconviction motion, which she filed following our decision in *Herrera v. State*, 126 So. 3d 445 (Fla. 4th DCA 2013), should not have been denied as untimely. We reverse and remand for further proceedings.

*Reversed and remanded.*

STEVENSON, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***